UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL E. POLLARD,<br><br>    Plaintiff,<br><br> v.<br><br>JO ANNE BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. C05-1481 RSM<br><br>ORDER |

The Court, having reviewed the entire record, including the administrative record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Monica J. Benton, finds and orders as follows.  It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court REVERSES the decision of the Commissioner of Social Security and REMANDS for award of benefits.

DATED this 21st day of July, 2006.

                /s/ Ricardo S. Martinez
                RICARDO S. MARTINEZ
                UNITED STATES DISTRICT JUDGE

ORDER